# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TEMPESTT TUGGLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-CV-00533-SEP |
| | ) |
| ESSENTIAL INFORMATION INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Upon review of the record, the Court notes that the file contains no proof of service upon nor entry of appearance on behalf of defendants ESSENTIAL INFORMATION INC., et al.. Because it does not appear that service of the complaint has been timely made within 90 days after the filing of the complaint on April 25, 2023,

**IT IS HEREBY ORDERED**, pursuant to Fed.R.Civ.P. 4(m), that plaintiffs shall show cause in writing, within fourteen (14) days of the date of this order, why this action should not be dismissed without prejudice as to defendants ESSENTIAL INFORMATION INC., et al. for lack of timely service.

Dated this 6th day of May, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE