IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TEMPESTT TUGGLE<br><br>    Plaintiff,<br><br>v.<br><br>ESSENTIAL INFORMATION, INC.<br>d/b/a UNKOCH MY CAMPUS<br><br>and<br><br>JASMINE BANKS<br><br>    Defendants. | Case No. 4:23-cv-00533-SEP |

## DEFENDANT JASMINE BANKS' MOTION TO DISMISS

Defendant Jasmine Banks moves for dismissal of Counts III, IV, and V of Plaintiff's Complaint under Federal Rules 12(b)(5), 12(b)(1), and 12(b)(2). As set forth in the attached Memorandum, dismissal is warranted because Plaintiff failed to show good cause for a two-year delay in service. Furthermore, this Court lacks both subject-matter jurisdiction and personal jurisdiction to hear the claims against Banks.

Dated: August 14, 2025

Respectfully submitted,

**Jasmine Banks**
By Counsel:
*/s/ Hayden J. Howlett*
Hayden J. Howlett (*pro hac vice*)
SILVERPINE LAW PLLC
1629 K Street, NW
Suite 300
Washington, DC 20006
Tel: (202) 827-9770
hhowlett@silverpinelaw.com

### CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed and served via the Court's CM/ECF system on August 14, 2025 upon the following counsel of record:

Joseph A. Ott
OTT LAW FIRM
3544 Oxford Boulevard
Maplewood, MO 63143
314-303-9360
joe@ott.law
*Counsel for Plaintiff Tempestt Tuggle*

Rick E. Temple
LAW OFFICES OF RICK E TEMPLE
1358 E. Kingsley Street, Suite D
Springfield, MO 65804
417-877-8989
templeesq@sbcglobal.net
*Counsel for Defendant Essential Information*

*/s/ Hayden J. Howlett*
Hayden J. Howlett