IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TEMPESTT TUGGLE<br><br>Plaintiff,<br><br>v.<br><br>ESSENTIAL INFORMATION, INC. d/b/a UNKOCH MY CAMPUS<br><br>and<br><br>JASMINE BANKS<br><br>Defendants. | Case No. 4:23-cv-00533-SEP |

## ORDER
## GRANTING DEFENDANT BANKS' MOTION TO DISMISS

AND NOW, on this _____ day of September, 2025, upon consideration of Defendant Banks' Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED and Counts III, IV, and V of Plaintiff's Complaint are dismissed with prejudice. It is further ORDERED that Plaintiff shall pay to

Defendant Banks all reasonable attorney fees and court costs actually incurred in filing the granted Motion.

BY THE COURT:

_____
Hon. Sarah E. Pitlyk
United States District Court Judge